IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AKEEM RICKY MILLER, | : | |
| Petitioner, | : | |
| | : | 1:22-CV-840 |
| v. | : | (JUDGE MARIANI) |
| | : | |
| STEVE MANNION, et al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, THIS **1st** DAY OF AUGUST, 2022, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 11) is **ADOPTED** for the reasons set forth therein.

2. The above-captioned action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case in the Middle District of Pennsylvania.

Robert D. Mariani
United States District Judge